**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **YETI Coolers, LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**Elighters Management, Inc. d/b/a Visol Products d/b/a Visol d/b/a eflasks.com,**<br><br>    Defendant. | Civil Action No. 1:18-cv-00513-RP<br><br>Judge Robert L. Pitman |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, YETI Coolers, LLC ("YETI"), and Defendant, Elighters Management, Inc. d/b/a Visol Products d/b/a Visol d/b/a/ eflasks.com ("Visol"), by and through YETI's undersigned counsel and Visol's undersigned representative, hereby stipulate to dismissal with prejudice of all claims in this action. YETI and Visol each shall bear its own costs and attorneys' fees.

YETI and Visol acknowledge that they have entered into a Settlement Agreement in resolution of this action. The Court shall retain jurisdiction over YETI and Visol for the purpose of enforcement of or the resolution of any dispute arising from their settlement or related to their Settlement Agreement.

Dated: July 25, 2018

So Stipulated:

By: _____          By: *Gaurang Patel*

Joseph J. Berghammer (admitted in the Western District of Texas)
Illinois Bar No. 6273690
jberghammer@bannerwitcoff.com
J. Pieter van Es (admitted in the Western District of Texas)
Illinois Bar No. 6210313
pvanes@bannerwitcoff.com
Sean J. Jungels (admitted in the Western District of Texas)
Illinois Bar No. 6303636
sjungels@bannerwitcoff.com
Banner & Witcoff, Ltd.
Ten South Wacker Drive
Suite 3000
Chicago, IL 60606-7407
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

**ATTORNEYS FOR YETI COOLERS, LLC**

**DEFENDANT, ELIGHTERS MANAGEMENT, INC. D/B/A VISOL PRODUCTS D/B/A VISOL D/B/A/ EFLASKS.COM**

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2018, I caused the foregoing document to be electronically filed with the Clerk of the court pursuant to the Electronic Filing Procedures and using the CM/ECF system, and that a true and correct electronic copy was sent via email to Defendant:

Gaurang Patel
Visol Products
859 J Place Ste A
Plano, Texas 75074
kane@visolproducts.com

*/s/ Sean J. Jungels*
FOR YETI COOLERS, LLC